IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Richard Hinds, | ) | C/A No.: 5:22-3719-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Pickens County Detention Center, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Richard Hinds, ("Plaintiff"), proceeding pro se, filed this action while being detained at Pickens County Detention Center. On November 3, 2022, the Court ordered Plaintiff to complete a standard prisoner complaint form, pay the filing fee or file a motion to proceed in forma pauperis, and provide service documents. (ECF No. 12.) Plaintiff was warned that the failure to provide the necessary information within a specific time period may subject his case to dismissal. *Id.* Plaintiff partially responded to the Court's November 3 order, and he indicated that he was released from the detention center and provided the Court with his updated address. (ECF No. 15.) However, Plaintiff did not file any of the documents or take any other action as directed in the Court's November 3 order.

The Court issued a second order on December 6, 2022, again directing Plaintiff to complete a standard prisoner complaint form, pay the filing fee or file a motion to proceed in forma pauperis, and provide service documents. (ECF No. 21.) Plaintiff was warned that the failure to provide the necessary information within a specific time period may subject his case to dismissal. Plaintiff did not file a response. As Plaintiff has failed to prosecute this case, the Court hereby dismisses this case without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

IT IS SO ORDERED.

January 30, 2023
Greenville, South Carolina

/s/Bruce H. Hendricks
United States District Judge

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.